PHIL WEST v. THE STATE.

No. 21449. Delivered February 26, 1941.
Rehearing Denied April 2, 1941.

The opinion states the case.

*Wallace Hughston,* of McKinney, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

KRUEGER, Judge.

The conviction is for driving an automobile upon a public highway while intoxicated. The penalty assessed is a fine of $50.00 and confinement in the county jail for a term of five days.

The indictment appears to be in due form. The record is before us without a statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial of the case.

No error having been presented, the judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON APPELLANT'S MOTION FOR REHEARING.

BEAUCHAMP, Judge.

Appellant states in his motion for rehearing that the indictment does not charge any offense known to the laws of Texas; that it is vague, uncertain and not sufficiently specific to apprise the appellant of the evidence to be introduced against him.

When arraigned on the indictment with his attorney present he pleaded guilty to the charge and thereafter brought this appeal. There is no attack made on the indictment in the court below and we do not think that it is subject to the objection stated in the motion for rehearing.

The motion for rehearing is accordingly overruled.